UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDY LIMA DEL CID,<br>Petitioner,<br>v.<br>CENTRAL VALLEY ANNEX,<br>Respondent. | No. 1:26-cv-06713-JLT-EGC<br>**ORDER AMENDING BRIEFING SCHEDULE**<br>(Doc. 10) |

On joint motion of the parties and for good cause shown, the Court's prior minute order setting a briefing schedule in this matter, (ECF No. 5), is amended as follows:

1. Petitioner shall file a traverse or an amended petition by October 6, 2026.
2. If Petitioner files an amended petition, Respondent shall file a responsive pleading or a statement indicating that Respondent stands on the previously-filed responsive pleading (ECF No. 8) by October 20, 2026.
3. If Petitioner files an amended petition and Respondent files a new responsive pleading, Petitioner may file a traverse by October 27, 2026.

IT IS SO ORDERED.

Dated: **September 21, 2026**

UNITED STATES MAGISTRATE JUDGE