# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDY L.D.C.,<br><br>Petitioner,<br><br>v.<br><br>CENTRAL VALLEY ANNEX,<br><br>Respondent. | Case No. 1:26-cv-06713-JLT-EGC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 12) |

On October 2, 2026, the parties filed a joint stipulation dismissing the action without prejudice. (Doc. 12). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **October 5, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE